IN THE UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF TENNESSEE
AT KNOXVILLE


ALEXANDER DYLAN GREEN, et al.,           )
                                         )
          Plaintiffs,                    )
                                         )
v.                                       )     No.  3:05-cv-215
                                         )          3:05-cv-268
TIMOTHY HUTCHISON, et al.,               )
                                         )
          Defendants.                    )


## O R D E R

This civil action is before the court on the motion filed by the attorney

representing the plaintiffs' counsel of record seeking a stay pending the resolution

of the plaintiffs' representation in this court [doc. 93].  By order of Chief Judge

Curtis Collier, Herbert S. Moncier, counsel for the plaintiffs, has been suspended

from practicing in this court.

The court finds the motion well taken, and it is hereby **ORDERED**

that the motion is **GRANTED**.  This civil action is **STAYED FOR SIXTY DAYS**,

and the trial set for June 23, 2008, is **CANCELLED** to be reset at a later date.

Since the plaintiffs are no longer represented by counsel, it is further **ORDERED**

that the plaintiffs have sixty (60) days from the entry of this Order to obtain new

counsel and to have new counsel make an appearance before this court.  If the

plaintiffs do not obtain new counsel within this time, they will be expected to proceed on their own.

The Clerk of the Court is **DIRECTED** to send a copy of this Order to the plaintiffs at their home addresses.

ENTER:

_____*s/ Leon Jordan*_____
United States District Judge